No. 10–9320. BISSON v. MARTIN LUTHER KING, JR. HEALTH CLINIC ET AL., 563 U. S. 1002. Petition for rehearing denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–8740. LIGON v. ILLINOIS, 562 U. S. 1296;

No. 10–8848. KOCH v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL., 562 U. S. 1297; and

No. 10–9214. KING v. UT MEDICAL GROUP, INC., ET AL., 563 U. S. 965. Motions for leave to file petitions for rehearing denied.

JULY 28, 2011

No. 11–5529 (11A129). IN RE JACKSON. Application for stay of execution of sentence of death, presented to JUSTICE ALITO, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 11–5506 (11A123). JACKSON v. DELAWARE. Sup. Ct. Del. Application for stay of execution of sentence of death, presented to JUSTICE ALITO, and by him referred to the Court, denied. Certiorari denied.

JULY 29, 2011

No. 11A117. FLORIDA v. VALLE. Application to vacate the stay of execution of sentence of death entered by the Florida Supreme Court on July 25, 2011, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

AUGUST 9, 2011

No. 10–1384. MAX RACK, INC. v. HOIST FITNESS SYSTEMS, INC. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 46.1.